UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERICK GIOVANNI CACERES FLORES,<br>Petitioner,<br>v.<br>TODD BLANCHE, *et al.*,<br>Respondents. | CASE NO. 2:26-cv-03633-GJL<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |

This matter is before the Honorable Grady J. Leupold, United States Magistrate Judge.[1] Presently before the Court is Petitioner Erick Giovanni Caceres Flores' Motion for Voluntary Dismissal ("Motion"), wherein Petitioner requests this case be dismissed without prejudice. Dkt. 3. After review of the record, the Motion (Dkt. 3) is **GRANTED**.

## I. BACKGROUND

On September 27, 2026, Petitioner initiated this case with the filing of a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1. On September 28, 2026, the Court entered a Scheduling Order for briefing on the Petition, directing that Respondents file a

[1] The parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 4.

response by October 13, 2026, and Petitioner file a reply by October 19, 2026. Dkt. 2. Petitioner filed the instant Motion on September 28, 2026, before Respondents' response was due. Dkt. 3.

## II. DISCUSSION

Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action may be dismissed. Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by a plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or summary judgment motion and the plaintiff has not previously dismissed an action "based on or including the same claim." Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Once the defendant has responded to the complaint, the action may only be dismissed by stipulation of dismissal signed by all parties who have appeared or "by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(1), (2).

Courts have held Rule 41 applies to habeas actions. *See Orozco v. California Dep't of Corr.*, No. CV 17-9012-AB (PLA), 2017 WL 6626637, at *4 (C.D. Cal. Dec. 28, 2017) (applying Rule 41 to a § 2254 action); *Clark v. Tansy*, 13 F.3d 1407, 1411 (10th Cir. 1993) (applying Rule 41 to a petitioner's request for voluntary dismissal of his habeas petition); *Williams v. Clarke*, 82 F.3d 270, 273 (8th Cir. 1996) ("a Rule 41(a)(1) voluntary dismissal is both appropriate and consistent with the rules governing habeas cases").

In his Motion, Petitioner moves to have his case dismissed without prejudice and with each party bearing its own costs and fees. Dkt. 3. Respondents have not opposed Petitioner's Motion. *See docket*. Respondents have also not yet filed a response to the Petition. *Id*. Based on these circumstances, the Court finds Petitioner's Motion (Dkt. 3) should be granted pursuant to Rule 41(a)(1)(A).

## III. CONCLUSION

For the foregoing reasons, the Motion for Voluntary Dismissal (Dkt. 3) is **GRANTED**. Further, dismissal of this matter is **without prejudice**. The Clerk shall **CLOSE** this case.

Dated this 6th day of October, 2026.

Grady J. Leupold
United States Magistrate Judge